Case #: 3:17-cv-504                                                                 Date: August 7, 2019

John Doe        vs.        Mark Gwyn

**PROCEEDINGS: Motion Hearing re [R.36] & [R.38].** Arguments heard. Ruling taken under advisement. Order to follow.

---

HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE PRESIDING

---

Jason Huffaker                                                                      Rebekah Lockwood
**Deputy Clerk**                                                                    **Court Reporter**

William S. Lockett, Jr.                                                             Stephanie Bergmeyer
**Attorney for Plaintiff**                                                          **Attorney for Defendant**

1:32 – 2:18