UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-504 |
| | ) | Judge Phillips |
| MARK GWYN, Director of the | ) | |
| Tennessee Bureau of Investigation, | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Because the matters at issue in this case are pure matters of law for the Court to decide on the pending cross motions for summary judgment, the trial of this matter, currently scheduled for September 24, 2019, is **CANCELLED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE