# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | |
|---|---|
| **WALTER S. JACKSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 3:19-cv-00377** |
| ) | **District Judge Mattice** |
| ) | **Magistrate Judge Poplin** |
| **DAVID B. RAUSCH, Director of the** ) | |
|   **Tennessee Bureau of Investigation,** ) | |
|   **in his official capacity,** ) | |
| ) | |
|     **Defendant.** ) | |

## REPORT OF RULE 26(f) PLANNING CONFERENCE

COME the parties, by and through counsel, and submit the following report of the parties' planning meeting held on December 4, 2019. Counsel for the parties conferred about the matters set forth in Fed. R. Civ. P. 26(f)(2), and in this Court's Order (Doc. 11) (the "Order") filed on November 18, 2019. The parties agreed upon the following discovery plan as required by Fed. R. Civ. P. 26(f)(3) and the Order.

1. Initial Fed. R. Civ. P. 26(a) Disclosures will be made within 14 days after the filing of this report.

2. Discovery will be conducted according to the relevant rules of civil procedure and completed pursuant to the deadlines established in the Court's Scheduling Order.

3. The parties do not anticipate any issues regarding discovery of electronically stored information.

4. The parties do not anticipate any issues regarding privileges or work product. The parties will assert appropriate objections based on privilege/work product should such information be sought in discovery.

5. The parties do not anticipate any changes should be made to the limitations on discovery as set forth in the Federal Rules of Civil Procedure and/or the local rules.

6. The parties believe settlement of this case is unlikely.

7. The parties anticipate that trial in this case will last no longer than three days.

8. The parties do not anticipate any other orders that should be entered by the Court.

Respectfully submitted this 4th day of December, 2019.

*/s/William S. Lockett, Jr.*

_____
WILLIAM S. LOCKETT, JR.
TN BPR #010257
2816 Rocking Chair Way
Knoxville, TN 37931
(865) 237-1886
soaperlockett@gmail.com
*Attorney for the Plaintiff Walter S. Jackson*

*/s/Dianna Baker Shew*

_____
DIANNA BAKER SHEW
TN BPR #012793
Senior Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-1969
dianna.shew@ag.tn.gov
*Attorney for the Defendant David B. Rausch*