# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 3:17-cv-00504** |
| ) | **REEVES/GUYTON** |
| ) | |
| **DAVID B. RAUSCH, Director of the** ) | |
| **Tennessee Bureau of Investigation,** ) | |
| **in his official capacity,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATED ORDER

On April 5, 2018, this Court entered its Memorandum and Order (Doc. 24) granting Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order (Doc. 14). The Protective Order provided that the Plaintiff's identity not be disclosed, but further provided under paragraph 7 that "[i]f specific issues related to non-disclosure arise … the parties shall seek to resolve those issues without court intervention." An issue has arisen in which Plaintiff needs the freedom to reveal that he is the John Doe in this case in a civil proceeding in state court. Thus, the Plaintiff seeks to be relieved of further compliance with the Protective Order. The parties have stipulated that either party may now reveal the identity of John Doe, subject to this court ordering that the Protective Order is of no further force and effect.

ACCORDINGLY, the parties having stipulated that either party may reveal the true identity of John Doe, the parties are relieved from complying with the terms of the Protective Order (Doc. 24) previously entered on April 5, 2018.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

/s/*Dianna Baker Shew*_____
DIANNA BAKER SHEW, Counsel for Defendant
BPR #012793
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-1969
dianna.shew@ag.tn.gov

/s/*William S. Lockett, Jr.*_____
WILLIAM S. LOCKETT, JR., Counsel for Plaintiff
BPR #010257
2816 Rocking Chair Way
Knoxville, TN 37931
(865) 237-1886
soaperlockett@gmail.com