UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-504 |
| | ) |
| MARK GWYN, | ) |
| in his official capacity as | ) |
| Director of the Tennessee Bureau | ) |
| of Investigation, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

This matter is before the court on Plaintiff's Motion for Attorney's Fees [Doc. 65]. This matter has been fully briefed [Docs. 65, 66, 71], and the undersigned previously referred the matter to United States Magistrate Judge H. Bruce Guyton [Doc. 70]. Judge Guyton issued a Report and Recommendation ("R&R") [Doc. 73], recommending that Plaintiff's motion be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that Plaintiff's Motion for Attorney's Fees should be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the R&R, which the Court adopts and incorporates into its ruling, that Plaintiff's Motion for

Attorney's Fees **[Doc. 65]** is **GRANTED**. Plaintiff is **AWARDED** $58,410.00 in attorney's fees.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE